■ In the Matter of KENDALL FRANCOIS, Petitioner, v THOMAS J. DOLAN, as Judge of the Dutchess County Court, et al., Respondents. [693 NYS2d 198] —Proceeding pursuant to CPLR article 78 in the nature of mandamus and prohibition, *inter alia,* to compel the respondent Thomas J. Dolan, Judge of the County Court, Dutchess County, to entertain the petitioner's plea of guilty in a criminal action entitled *People v Kendall Francois,* pending under Dutchess County Superseding Indictment No. 122/98.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

" '[P]rohibition is available only where there is a clear legal right and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers' " (*Matter of Rondon v Kohm,* 229 AD2d 395, quoting *Matter of Holtzman v Goldman,* 71 NY2d 564, 569). The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (*see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Bracken, J. P., Santucci, Goldstein and McGinity, JJ., concur.